IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA   |          Case No. 1:06-cr-442-LAP
                           |
                           |
V.                         |
                           |
SYED HASHMI                |
                           |
        Defendant          |


**EMERGENCY MOTION FOR HEARING TO PROHIBIT THE ATTORNEY GENERAL FROM RESTRICTING DEFENSE COUNSEL'S ACCESS TO DEFENDANT AND INFRINGING ON DEFENDANT'S CONSTITUTIONAL RIGHTS**

The Defendant, Syed Fahad Hashmi, through his undersigned counsel, respectfully moves this Court for an emergency hearing and an Order prohibiting the Attorney General of the United States from requiring as a condition of defense counsel's access to the defendant that counsel sign and abide by Special Administrative Measures imposed by the Attorney General that unconstitutionally impair the Defendant's First, Fifth, and Sixth Amendment right to free speech, to due process, to equal protection, to counsel of choice, to effective assistance of counsel, to develop and present a defense, and to conduct meaningful investigation. Accompanying this motion is an Affirmation and Memorandum of Law.

Dated this 13th day of November, 2007.


Respectfully submitted,


_____/S/_____
Khurrum B. Wahid
KW9149
Sean M. Maher
SM7568
*Counsel for Syed Hashmi*

1

Wahid, Vizcaino & Maher LLP
122 E. 42nd Street, Suite 1616
New York, NY 10168
(212) 661-5333
(212) 661-5255 Fax